UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00006-H-1

| | |
|---|---|
| JASON LEMAR MEDLYN )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. ) | <br><br><br><br>ORDER FOR RELEASE OF<br>PRESENTENCE REPORT |

For good cause shown, incorporating herein the reasons stated in its motion, the United States' Motion for Release of Presentence Report is hereby GRANTED. The United States Attorney's Office for the Eastern District of North Carolina is authorized to provide a copy of Defendant's Presentence Investigation Report in this matter to the United States Attorney's Office for the District of South Carolina.

This, the 18th day of March, 2021.

MALCOLM J. HOWARD
Senior United States District Court Judge